UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SCA Pharmaceuticals, LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>U.S. Food and Drug Administration, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 3:23-cv-01462-SRU |

**Defendants' Motion to Dismiss for Lack of Subject-Matter Jurisdiction
and for Failure to State a Claim Upon Which Relief Can Be Granted**

Defendants hereby move this Court under Federal Rule of Civil Procedure 12(b)(1) and (b)(6) to dismiss this action for lack of subject-matter jurisdiction and for failure to state a claim upon which relief can be granted. The grounds for this motion are fully set forth in an accompanying memorandum.

November 21, 2023

OF COUNSEL:

SAMUEL R. BAGENSTOS
General Counsel
U.S. Department of Health and Human Services

MARK RAZA
Chief Counsel

WENDY VICENTE
Deputy Chief Counsel, Litigation

LEAH A. EDELMAN
Associate Chief Counsel
Office of the Chief Counsel
U.S. Food and Drug Administration

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ARUN G. RAO
Deputy Assistant Attorney General

AMANDA N. LISKAMM
Director

/s/ James W. Harlow
JAMES W. HARLOW (phv207575)
Acting Assistant Director
Consumer Protection Branch
Civil Division
U.S. Department of Justice

10903 New Hampshire Ave.  
White Oak 31  
Silver Spring, MD  20993-0002

P.O. Box 386  
Washington, DC  20044-0386  
(202) 514-6786  
(202) 514-8742 (fax)  
james.w.harlow@usdoj.gov