Civil- (Dec-2008)

HONORABLE: Stefan R. Underhill
DEPUTY CLERK: J. Reis
RPTR/ECRO/TAPE: Melissa Cianciullo
TOTAL TIME: 1 hours 45 minutes
DATE: 12/19/2023   START TIME: 10:01 AM   END TIME: 11:46 AM
LUNCH RECESS   FROM:            TO:
RECESS (if more than ½ hr)   FROM:            TO:

CIVIL NO. 3:23-cv-01462-SRU

SCA Pharmaceuticals, LLC                    Derek Shaffer, Alexander Loomis, Jeffrey
                                            Plaintiff's Counsel
         vs
U.S. Food & Drug Administration et al       James Harlow
                                            Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing              ☐ Show Cause Hearing
☐ Evidentiary Hearing         ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ ..... # 32   Motion to Dismiss filed by defendants        ☐ granted ☐ denied ☐ advisement
☐ ..... #      Motion                                      ☐ granted ☐ denied ☐ advisement
☐ ..... #      Motion                                      ☐ granted ☐ denied ☐ advisement
☐ ..... #      Motion                                      ☐ granted ☐ denied ☐ advisement
☐ ..... #      Motion                                      ☐ granted ☐ denied ☐ advisement
☐ ..... #      Motion                                      ☐ granted ☐ denied ☐ advisement
☐ ..... #      Motion                                      ☐ granted ☐ denied ☐ advisement
☐ .....        Oral Motion                                 ☐ granted ☐ denied ☐ advisement
☐ .....        Oral Motion                                 ☐ granted ☐ denied ☐ advisement
☐ .....        Oral Motion                                 ☐ granted ☐ denied ☐ advisement
☐ .....        Oral Motion                                 ☐ granted ☐ denied ☐ advisement

☐ .....        ☐ Briefs(s) due ____  ☐ Proposed Findings due ____   Response due ____
☐ ..........   _____   ☐ filed ☐ docketed
☐ ..........   _____   ☐ filed ☐ docketed
☐ ..........   _____   ☐ filed ☐ docketed
☐ ..........   _____   ☐ filed ☐ docketed
☐ ..........   _____   ☐ filed ☐ docketed
☐ ..........   _____   ☐ filed ☐ docketed
☐ ..........   Hearing continued until _____ at _____

Notes: As stated on the record, the FDA shall produce the relevant documents for in camera review.